IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 120,875

In the Matter of KEVIN P. SHEPHERD,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On September 27, 2019, the court suspended Kevin P. Shepherd's Kansas law license for a two-year period. The court ordered that following one year of suspension, Shepherd could petition for an early reinstatement and undergo a reinstatement hearing. *In re Shepherd*, 310 Kan. 739, 448 P.3d 1049 (2019).

On March 4, 2021, the court granted Shepherd's petition for reinstatement of his law license following a reinstatement hearing. The court stayed the remainer of the two-year suspension and placed Shepherd on three years' probation. *In re Shepherd*, 312 Kan. 827, 483 P.3d 1046 (2021).

On March 6, 2024, Shepherd motioned the court to discharge him from probation. See Supreme Court Rule 227(g)(1) (2023 Kan. S. Ct. R. at 284) (probation discharge). The Office of the Disciplinary Administrator (ODA) responded that Shepherd has complied with his probation, confirmed Shepherd's eligibility to be discharged from probation, and voiced no objection to such discharge.

This court notes the ODA's response, grants Shepherd's motion, and fully discharges Shepherd from probation. Accordingly, this disciplinary proceeding is closed.

The court orders the publication of this order in the Kansas Reports and assesses any remaining costs of this proceeding to Shepherd.

Dated this 29th day of March 2024.

ROSEN, J., not participating.